# United States Bankruptcy Court
## Eastern District of Virginia

|  |  |
|---|---|
| | **Case Number**  13–71206–SCS |
| | **Chapter**  13 |
| | **Adversary Proceeding Number**  13–07042–SCS |
| **In re:**  Nancy Ann Worsley | **Judge**  Stephen C. St. John |

Nancy Ann Worsley

                Plaintiff(s)

V.

JPMorgan Chase Bank NA et al.

                Defendant(s)

## INITIAL SCHEDULING ORDER

    1. **Discovery Meeting and Commencement of Discovery.** The attorneys and any party not represented by an attorney shall meet to formulate a discovery plan as required by F.R.Bankr.P. 7026 and F.R.Civ.P. 26(f) no later than 40 days after the issuance of the summons. The meeting may be in person or by telephone. Discovery may be commenced 40 days after the issuance of the summons, or earlier after the discovery meeting provided that the parties have agreed upon a discovery plan.

    2. **Initial Pretrial Conference.** An initial pretrial conference under F.R.Bankr.P. 7016 and F.R.Civ.P. 16(a) shall be held on June 13, 2013 at 09:30 AM in Chief Judge St. John – Courtroom 1, U.S. Bankruptcy Court, 4th Floor, 600 Granby Street, Norfolk, VA 23510, to establish a discovery plan, set a trial date, establish various deadlines for the filing of motions and to consider any matters as provided for in F.R.Bankr.P.7016. Counsel for the parties and any party not represented by counsel must be present at the Initial Pretrial Conference unless such attendance is excused by the presiding Judge prior to the Initial Pretrial Conference.

    3. **Final Pretrial Conference.** A final pretrial conference, if deemed necessary by the Court, shall be the subject of a separate order.

    4. **Availability of Mediation.** The case may be assigned to mediation by joint request of the parties at any time sufficiently in advance of the scheduled trial date as to not delay the trial or by the Court at either the initial or final pretrial conference. To request mediation, the parties must submit a praecipe signed by all counsel (or by the parties themselves, if not represented by counsel) requesting referral to mediation.

    5. **Service of Order by Plaintiff.** The Clerk shall provide a copy of this order to the plaintiff, who shall serve it on all defendants with the summons and complaint.

| | |
|---|---|
| Norfolk, Virginia<br>Date:  April 8, 2013 | **FOR THE COURT**<br>**William C. Redden, Clerk**<br>**United States Bankruptcy Court**<br>By: Angela S. Mitchell<br>Deputy Clerk |
| [initialNNN.jsp ver. 2/2010] | **NOTICE OF JUDGMENT OR ORDER ENTERED ON THE DOCKET**<br>April 8, 2013 |