# UNITED STATES BANKRUPTCY COURT
**Eastern District Of Virginia**

In re  Nancy Ann Worsley

                              Debtor

Nancy Ann Worsley

                              Plaintiff

v.

JP Morgan Chase Bank NA
Samuel White, PC

                          Defendant and Third-Party Plaintiff

Michael P. Cotter
Guy Amuial
Roger D. Worsley                   Third-Party Defendant

Case No.   13-71206-SCS

Chapter   13

Adversary Proceeding No.   13-07042-SCS

## THIRD-PARTY SUMMONS

YOU ARE SUMMONED and required to file a motion or answer to the third-party complaint which is attached to this summons with the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the third-party complaint within 35 days.

| **Address of Clerk:** | William C. Redden, Clerk<br>United States Bankruptcy Court<br>600 Granby Street, Room 400<br>Norfolk, VA  23510 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney:** | Timothy V. Anderson<br>Anderson & Associates, P.C.<br>2492 North Landing Road, Suite 104<br>irginia Beach, VA  23456 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon Defendant and Third-Party Plaintiff's Attorney.

| **Name and Address of Attorney:** | Jeffrey L. Marks<br>Kaufman & Conoles<br>2101 Parks Avenue, Suite 700<br>Virginia Beach, VA  23451 |
|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.  If you are also being served with a copy of the complaint of the plaintiff you have the option of not answering the plaintiff's complaint **unless** this is an admiralty or maritime action subject to the provisions of Fed. R. Civ. P. 9(h) and 14(c), in which case you are required to file a motion or answer to both the plaintiff's complaint and the third-party complaint, and to serve a copy of your motion or answer upon the appropriate parties.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE THIRD-PARTY COMPLAINT.**

**WILLIAM C. REDDEN, CLERK OF COURT**

**Date:** May 13, 2013

**By:** /s/ Angela S. Mitchell
      Deputy Clerk



[ver. 12/05]

Bankruptcy Case No.   13-71206-SCS

Adversry Proceeding No.   13-07042-SCS

# CERTIFICATE OF SERVICE

I, _____, certify that I am, and at all times during the service of process was, not less than
(name)
18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ by:
(date)

__  Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

__  Personal Service: By leaving the process with the third-party defendant or with an officer or agent of third-party defendant at:

__  Residence Service: By leaving the process with the following adult at:

__  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the third-party defendant at:

__  Publication: The third-party defendant was served as follows: [Describe briefly]

__  State Law: The third-party defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                                                      (name of state)


If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____          _____
            Date                                                    Signature

**Print Name**
_____
**Business Address**

_____
**City**                    **State**                **Zip**

[3dptycos ver. 12/09]